IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Number 3:19cr162 |
| Plaintiff, | : | |
| | : | JUDGE WALTER H. RICE |
| vs. | : | |
| THOMAS CREECH, II | : | |
| Defendant. | : | |

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown and at the specific request of the defendant, it is hereby ordered that the defendant's execution of sentence be delayed until on or after November 17, 2021. The United States Marshal is to seek a designation for on or after November 17, 2021.

April 13, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal