IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No. 3:19cr162

THOMAS CREECH,           JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY REVOKING DEFENDANT'S BOND SET AND MET JULY 9, 2019, AND REMANDING DEFENDANT TO THE CUSTODY OF THE UNITED STATES MARSHALS FOR TRANSPORTATION TO HIS DESIGNATED INSTITUTION TO BEGIN THE SERVING OF THE SENTENCE IMPOSED BY THIS COURT ON FEBRUARY 10, 2021, JOURNALIZED IN A JUDGMENT ENTRY OF FEBRUARY 18, 2021 (DOC. #47); PRIOR ORDER OF THIS COURT DELAYING EXECUTION OF SENTENCE UNTIL ON OR AFTER NOVEMBER 17, 2021 (DOC. #52) VACATED; DEFENDANT ORALLY EXPLAINED HIS RIGHT OF APPEAL AND HE ORALLY EXPRESSED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT VOICED ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On June 14, 2021, the Defendant appeared by video conferencing and admitted to allegations set forth against him in a Petition dated May 6, 2021, directing him to show cause why his bond, set and met July 9, 2019, should not be revoked. He was found in violation of that bond, immediately following the admissions.

Defendant was then remanded to the custody of the United States Marshals Service to be transported to his designated institution, in order to begin execution of sentence imposed by this

Court on February 10, 2021.

This Court's prior Order of April 14, 2021, delaying execution of sentence until on or after November 17, 2021 (Doc. #52), is VACATED.

Following the above, the Defendant was orally explained his right of appeal and orally indicated an understanding of same.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 6, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Joshua Bowman, U.S. Pretrial Services Officer